(101 South. 541)

### Ex parte Northern LAKEY. (7 Div. 514.)

(Supreme Court of Alabama. Oct. 6, 1924.)

Certiorari to Court of Appeals.

L. H. Ellis, of Columbiana, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

SOMERVILLE, J. Petition of Northern Lakey for certiorari to the court of appeals to review and revise the judgment and decision of that court in the case of Lakey v. State, 101 So. 537.

Writ denied.

ANDERSON, C. J., and THOMAS and BOULDIN, JJ., concur.

(101 South. 482)

### Ex parte Harry BLEVINS. (7 Div. 525.)

(Supreme Court of Alabama. Oct. 6, 1924.)

Certiorari to Court of Appeals.

Isbell & Scott, of Fort Payne, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

THOMAS, J. Petition of Harry Blevins for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Blevins v. State, 101 South. 478.

Writ denied.

ANDERSON, C. J, and SOMERVILLE and BOULDIN, JJ., concur.

(101 South. 546)

### Ex parte SUNNY SOUTH GRAIN CO.
(6 Div. 248.)

(Supreme Court of Alabama. Oct. 6, 1924.)

Certiorari to Court of Appeals.

Horace C. Wilkinson, of Birmingham, for petitioner.

Counsel argue for error in sustaining demurrer to plea 6, and cite Code 1907, § 5351; Thornton v. Dwight, 120 Ala. 653, 25 So. 22; Scarborough v. Blackman, 108 Ala. 656, 18 So. 735; Amer. Oak Ext. Co. v. Ryan, 112 Ala. 337, 20 So. 644; George v. Roberts, 186 Ala. 521, 5 So. 345.

Nesbit & 'Sadler, of Birmingham, opposed.

It it not reversible error to sustain demurrer to a special plea setting up matter provable under the general issue. Andrews Stephens Pleading (2d Ed.) 150; Comer v. Franklin, 169 Ala. 573, 53 So. 797; Moore Bros. v. Cowan, 173 Ala. 536, 55 So. 903; West. Ry. v. Mitchell, 148 Ala. 35, 41 So. 427; Gilliland v. Martin, 149 Ala. 672, 42 So. 7.

MILLER, J. Without approving the opinion of the Court of Appeals that all matters alleged in the plea numbered 6 were provable under the general issue, nevertheless, if the matters so pleaded were litigated between the parties as in effect the opinion of the Court of Appeals states, then no harm was done the defendant in sustaining the demurrers to this plea 6 by the trial court, and the writ is denied.

Writ denied.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.

(101 South. 522)

### Ex parte Alex LANE. (4 Div. 163.)

(Supreme Court of Alabama. Oct. 6, 1924.)

Certiorari to Court of Appeals.

Fleming & Yarbrough, of Enterprise, and Farmer, Merrill & Farmer, of Dothan, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Alex Lane for certiorari to the Court of Appeals to review and revise the judgment and decision there rendered in the case styled Lane v. State, 101 So. 521.

Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.